UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO GALINDO,<br><br>　　　　　　Defendant. | Case No.  20cr1412-JLS<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On January 20, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of Defendant EDUARDO GALINDO ("Defendant") in the following properties:

    a.    $89,108.00 in U.S. Currency; and

    b.    2014 Honda Accord with California license plate number 7EHV687 and Vehicle Identification Number 1HGCR2F33EA122774.

For thirty (30) consecutive days ending on February 25, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the

Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of EDUARDO GALINDO and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

   a.   $89,108.00 in U.S. Currency; and

   b.   2014 Honda Accord with California license plate number 7EHV687 and Vehicle Identification Number 1HGCR2F33EA122774.

IT IS FURTHER ORDERED that costs incurred by the United States Customs and Border Protection ("CBP") and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that CBP shall dispose of the forfeited properties according to law.

IT IS SO ORDERED.

Dated: April 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge